ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Fidelity and Deposit Company of Maryland | ) ASBCA No. 63111 |
| | ) |
| Under Contract No. W912ER-11-D-0010 | ) |

APPEARANCES FOR THE APPELLANT:    Robert C. Niesley, Esq.
Rebecca S. Glos, Esq.
  Watt, Tieder, Hoffar & Fitzgerald, L.L.P
  Irvine, CA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Rebecca L. Bockmann, Esq.
Michael E. Taccino, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  July 6, 2023

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63111, Appeal of Fidelity and Deposit Company of Maryland, rendered in conformance with the Board's Charter.

Dated:  July 6, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals